# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph A. Frascella, Jr., et al.,                  Civil No. 11-946 (RHK/SER)

           Plaintiffs,            **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

GlaxoSmithKline, LLC,

           Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 18, 2011

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge